**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Leda Dunn Wettre |
| | : | |
| v. | : | Magistrate. No. 24-13119 |
| | : | |
| SHANE FURMAN | : | **CRIMINAL COMPLAINT** |

I, Anthony Ciarnella, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

Continued on the attached pages and made a part hereof.

Anthony Ciarnella
Special Agent Anthony Ciarnella
U.S. Department of Homeland Security
Homeland Security Investigations

Special Agent Anthony Ciarnella attested to this Complaint by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A), on July 9, 2024.

Hon. Leda Dunn Wettre
Honorable Leda Dunn Wettre
United States Magistrate Judge

**ATTACHMENT A**

**COUNT ONE**
**(Transportation of Child Pornography)**

On or about March 17, 2024, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**SHANE FURMAN,**

knowingly transported any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(1).

**COUNT TWO**
**(Possession of Child Pornography)**

On or about March 17, 2024, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**SHANE FURMAN**,

did knowingly possess material that contained at least three images of child pornography, as defined in Title 18, United States Code, Section 2256(8), which images had been mailed, shipped, and transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2.

## ATTACHMENT B

I, Anthony Ciarnella, am a Special Agent with the Department of Homeland Security, Homeland Security Investigations. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with witnesses and other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and in part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. At all times relevant to this Complaint, defendant Shane Furman ("FURMAN") was a resident of Bangor, Pennsylvania.

2. On or about March 17, 2024, FURMAN landed at Newark Liberty International Airport in Newark, New Jersey following an international flight from Colombia. FURMAN was in possession of an Apple iPhone 13 Pro Max ("FURMAN's iPhone"), which law enforcement seized from FURMAN and later lawfully searched. Pursuant to the search, law enforcement learned that FURMAN's iPhone is registered in FURMAN's name, and the email accounts connected to FURMAN's iPhone comprise variations of FURMAN's first and last name.

3. Law enforcement reviewed FURMAN's iPhone and confirmed that it contained 19 video files and one picture file that depict child pornography that had been transmitted in interstate commerce, namely through the internet, including the following files:

| **File Name** | **Description** |
|---|---|
| telegram-cloud-document-2-5229085187815506833 | This video depicts a naked adult woman sitting on the face of a male child who is approximately 4-5 years old. The naked woman rubs her genitalia on the child's face while pinning down his arms with her legs. The child is visibly crying throughout the video and attempting to turn his head away from the adult woman's genitalia. The video was about 26 seconds in length. |
| telegram-cloud-document-2-5262597675164896836 | This video depicts a female child who is approximately 6-7 years old performing oral sex on the genitalia of another woman with pubic hair present. The video was about 1 minute and 59 seconds in length. |

| | |
|---|---|
| telegram-cloud--photo-size-4-5877289289035920546-m.jpg | This picture depicts a naked adult woman sitting on the face of a naked female child who is approximately 4-5 years old and whose genitalia is visible. The adult woman is completely covering the female child's face while pinning down the female child's arms with her legs and preventing any kind of escape. |
| telegram-cloud-document-1-5015059069010969007 | This video depicts a female child who is approximately 10-11 years old performing oral sex on another female child who is approximately 10-11 years old and whose genitalia are visible. The video was about 5 minutes and 5 seconds in length. |
| telegram-cloud-document-1-5028756312423399471 | This video depicts one female child who is approximately 10-11 years old laying on a bed in underwear and a T-shirt with slight development of the breasts and another female child standing beside the bed who is approximately 8-9 years old, who lifts up her shirt to show her bare chest with no development of the breasts. The video was about 18 minutes and 4 seconds in length. |
| telegram-cloud-document-1-5044330151601504820 | This video depicts a female child who is approximately 10-11 years old and who shows her genitalia to the camera; the genitalia did not have any pubic hair or visible development. The video was approximately 3 minutes and 59 seconds in length. |
| telegram-cloud-document-1-5053379720708620378 | This video depicts a naked female child who is approximately 9-10 years old who is facing the camera and inserting an object into her own vagina multiple times. The video was about 15 minutes in length. |
| telegram-cloud-document-1-5091733027042623658 | This video depicts a female child who is approximately 13-14 years old showing her bare chest with slight development of the breasts present. The video was about 2 minutes 31 seconds in length. |
| telegram-cloud-document-2-5195281089366591326 | This video depicts two female children who are both approximately 8-9 years old sitting in front of a pink doll playhouse in underwear with no shirts, showing their bare chests with no visible development of the breasts. The |

| | |
|---|---|
| | video was about 13 minutes and 28 seconds in length. |
| telegram-cloud-document-2-5199583645869802578 | This video depicts a female child who is approximately 13-14 years old in a shirt and shorts while digitally penetrating her own vagina under the shorts. The video was about 8 minutes and 23 seconds in length. |
| telegram-cloud-document-2-5240429639553258151 | This video depicts a female child who is approximately 6-7 years old pull down her pants and show her genitalia to the camera. The video was about 18 minutes and 57 seconds in length. |
| telegram-cloud-document-2-5253795165461549051 | This video depicts a female child who is approximately 9-10 years old showing her genitalia to the camera. The video was about 3 minutes 39 seconds in length. |
| telegram-cloud-document-2-5271673787169904384 | This video depicts a naked female child who is approximately 12-13 years old on the floor of what appears to be a restroom while repeatedly inserting a toothbrush into her own anus. The video was about 1 minute and 22 seconds in length. |
| telegram-cloud-document-2-5271673787169904387 | This video depicts a female child who is approximately 11-12 years old showing the camera her bare chest with slight breast development and genitalia. The video was about 28 seconds in length. |
| telegram-cloud-document-2-5271673787169904388 | This video depicts an adult woman performing oral sex on a naked female child who is approximately 5-6 years old. The video was about 10 seconds in length. |
| telegram-cloud-document-2-5271673787169904389 | This video depicts a naked adult man laying on a bed with a naked female child who is approximately 9-10 years old. This video further shows the naked female child performing oral sex on the adult man until the adult man ejaculates on the female child's face. The video was about 1 minute 59 seconds in length. |
| telegram-cloud-document-2-5271827594243743695 | This video depicts a female child with no visible breast development who is approximately 8-9 years old repeatedly digitally penetrating her own vagina and genitalia that is visible to the camera. The video was about 3 minutes and 1 second in |

| | |
|---|---|
| | length. |
| telegram-cloud-document-2-5275970545467267758 | This video depicts a female child with slight breast development who is approximately 14-15 years old repeatedly digitally penetrating her own vagina with her genitalia visible to the camera. The video was about 5 minutes 23 seconds in length. |
| telegram-cloud-document-2-5456283589064767791 | This video depicts a naked female child who is approximately 7-8 years old with no visible breast development performing oral sex on an adult man. The video is approximately 15 minutes 53 seconds in length. |

4. These videos were sent to FURMAN's iPhone via a chat-based application from two other users of the chat-based application ("Individual-1" and "Individual-2"). FURMAN's username on the chat-based application was FURMAN's first name ("Shane").

5. A review of the chat-based application further revealed conversations between FURMAN and Individual-1, and FURMAN and Individual-2. Those conversations included discussions of the content and purchase of the above-referenced child pornography. For example:

a. On or about May 19, 2023, FURMAN and Individual-1 had the following conversation:

Individual -1: *forwards video*

Individual -1: Are you loving this video . . . with the baby?

FURMAN: I like porn, si

Individual -1: 2 girls with the kids

FURMAN: Lucky kid

Individual -1: Yaaa . . . Are you have any videos about kids?

FURMAN: I don't . . . Idk [I don't know] where to get it . . . Do you have more?

b. On or about September 16, 2023, FURMAN and Individual-2 had the following conversation:

| | |
|---|---|
| Individual -2: | I will give you 15 videos for each pearl you send if you have PayPal I can sell you the link of 2,600 videos. |
| FURMAN: | Can I send 99 for 1 video of young teen? |
| Individual -2: | Ok |
| FURMAN: | Just sent 149. |
| Individual -2: | Ok |
| Individual -2: | *Forwards videos* |
| FURMAN: | How old? |
| Individual -2: | 14 . . . You like? |
| FURMAN: | Si. |

c. Based on my training and experience and this investigation, I believe a "pearl" refers to an amount of United States currency. Therefore, when Individual-2 texts FURMAN that he or she will send "15 videos for each pearl," he or she is referring to an amount of payment Individual-2 wants to receive from FURMAN for the videos.

d. On or about October 10, 2023, FURMAN and Individual-2 had the following conversation:

| | |
|---|---|
| FURMAN: | 15 videos for a pearl |
| Individual-2: | Ok |
| FURMAN: | 15 long videos |
| Individual-2: | Yes now |

* * *

| | |
|---|---|
| FURMAN: | Ok sent you a pearl |
| Individual-2: | Ok |
| FURMAN: | Did you get it? |
| Individual-2: | *Forwards videos* |

| | |
|---|---|
| Individual-2: | More gifts, more videos |
| FURMAN: | I like young ones |

e. On or about October 17, 2023, FURMAN forwards several of the videos sent to him by Individual-2 to Individual-1, along with the message "I got young if you want to see one."

f. On or about February 9, 2024, FURMAN and Individual-1 had the following conversation:

| | |
|---|---|
| FURMAN: | Hello |
| Individual-1: | Yes |
| Individual-1: | *Forwards video* |
| Individual-1: | Are you loving it . . . Big girl with the kids? |
| FURMAN: | Yeah |
| Individual-1: | Are you loving more? |
| FURMAN: | Sure |

6. Based upon my education, training and experience, and my discussions with other law enforcement officers, I have probable cause to believe that the child pornography files described in Paragraph 3 above traveled in interstate commerce and were produced using materials that were mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the images were downloaded from and transmitted via the internet.